## DIGITAL DOMAIN MEDIA GROUP, INC.

### Unanimous Written Consent of the Board of Directors

### September 10, 2012

The undersigned, being all of the members of the Board of Directors (the "**Board**") of Digital Domain Media Group, Inc., a Florida corporation (the "**Company**"), hereby consent and affirmatively vote for, consent to and approve, pursuant to the authority of §607.0821 and §607.0704 of the Florida Business Corporation Act (the "**Act**"), the adoption of the following resolutions for and on behalf of the Company, in accordance with the bylaws of the Company and the Act:

WHEREAS, the Board, acting pursuant to the laws of the State of Florida, has considered the financial and operational aspects of the Company's business; and

WHEREAS, the Board has reviewed the historical performance of the Company, the market for the Company's products and services, and the current and long-term liabilities of the Company;

NOW, THEREFORE, BE IT:

RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees, stockholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); and further

RESOLVED, that the executive officers of the Company (each, an "**Authorized Officer**") be, and each of them hereby is, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case; and further

RESOLVED, that the Authorized Officers are hereby authorized and directed to (i) seek orders from the Supreme Court of British Columbia in Vancouver, British Columbia, Canada to recognize the Company's chapter 11 proceedings as "Foreign Proceedings" under the *Companies' Creditors Arrangement Act* (Canada) R.S.C. 1985, c-36 as amended and (iii) execute appropriate retention application for professionals in connection therewith.

RESOLVED, that Michael Katzenstein of FTI, appointed Chief Operating Officer of the Company effective as of August 29, 2012, is hereby appointed the Chief Restructuring Officer effective upon the filing of the Chapter 11 petition, and shall be an Authorized Officer (as defined in these resolutions), and is hereby authorized to appear and represent the Company in the bankruptcy case and make decisions with respect to all aspects of the prosecution of the Company's bankruptcy case, including, but not limited to, bankruptcy-related reporting requirements, filing of Statement of Financial Affairs, Schedule of Assets and Liabilities, a

chapter 11 plan and related disclosure statement, claims management, managing outside professionals and such other aspects as he may identify, in such manner as he may deem necessary or appropriate in his reasonable discretion, subject to further appropriate governance by the Board, and in accordance with the Company's bylaws, applicable corporate law, applicable bankruptcy law and orders of the bankruptcy court; and further

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("**PSZ&J**") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PSZ&J; and further

RESOLVED, that the Authorized Officers on behalf of the Company, are authorized, empowered and directed to retain the services of FTI Consulting, Inc. ("**FTI**") as turnaround managers for the Company in the Company's chapter 11 case and assist in the negotiation and documentation of a going concern sale transaction with one or more parties, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of FTI; and further

RESOLVED, that the law firm of Cadwalader Wickersham & Taft LLP ("CW & T) shall be appointed counsel to the Special Committee of the Board to represent and assist the Special Committee of the Board in carrying out its duties while the Company is in chapter 11 of the Bankruptcy Code, to advise of corporate matters, and to take any and all actions to advance the Special Committee of the Board's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of CW&T; and further;

RESOLVED, that the Authorized Officers of the Company be, and hereby are, authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper; and further

RESOLVED, that the Authorized Officers of the Company be, and each of them hereby is, authorized and empowered to obtain post-petition financing according to terms which may be negotiated by the management of the Company, including under debtor-in-possession credit facilities or the use of cash collateral; and to enter into any guaranties and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition

liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, the Authorized Officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents; and further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case; and further

RESOLVED, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

IN WITNESS WHEREOF, the undersigned Directors have caused this Consent to be executed as of the date first written above.

_____
Jonathan F. Teaford

_____
Kaleil Isaza Tuzman

_____
Jeffrey W. Lunsford

_____
Kevin C. Ambler

_____
Keith L. Cummings

_____
John W. Kluge, Jr

purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

IN WITNESS WHEREOF, the undersigned Directors have caused this Consent to be executed as of the date first written above.

_____
Jonathan F. Teaford

_____
Kaleil Isaza Tuzman

_____
Jeffrey W. Lunsford

_____
Kevin C. Ambler

_____
Casey L. Cummings

_____
John W. Kluge, Jr.

facilities or the use of cash collateral; and to enter into any guaranties and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, the Authorized Officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents; and further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case; and further

RESOLVED, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

IN WITNESS WHEREOF, the undersigned Directors have caused this Consent to be executed as of the date first written above.

_____
Jonathan F. Teaford


_____
Kaleil Isaza Tuzman


_____
Jeffrey W. Lunsford


_____
Kevin C. Ambler


_____
Casey L. Cummings


_____
John W. Kluge, Jr

liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, the Authorized Officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents; and further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case; and further

RESOLVED, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

IN WITNESS WHEREOF, the undersigned Directors have caused this Consent to be executed as of the date first written above.

_____
Jonathan F. Teaford

_____
Kaleil Isaza Tuzman

_____
Jeffrey W. Lunsford

_____
Kevin C. Ambler

_____
Keith L. Cummings

_____
John W. Kluge, Jr

liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, the Authorized Officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents; and further

    RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case; and further

    RESOLVED, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

    IN WITNESS WHEREOF, the undersigned Directors have caused this Consent to be executed as of the date first written above.

_____
Jonathan F. Teaford

_____
Kaleil Isaza Tuzman

_____
Jeffrey W. Lunsford

_____
Kevin C. Ambler

_____
Keith L. Cummings

_____
John W. Kluge, Jr

liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, the Authorized Officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents; and further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case; and further

RESOLVED, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

IN WITNESS WHEREOF, the undersigned Directors have caused this Consent to be executed as of the date first written above.

_____
Jonathan F. Teaford

_____
Kaleil Isaza Tuzman

_____
Jeffrey W. Lunsford

_____
Kevin C. Ambler

_____
Keith L. Cummings

_____/s/ John W. Kluge_____
John W. Kluge, Jr