IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DIGITAL DOMAIN MEDIA GROUP, INC., | ) | Case No. 12-_____ (___) |
| | ) | |
| Debtor. | ) | |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## 50 LARGEST UNSECURED CLAIMS

Following is a consolidated list of the Debtors' creditors holding the 50 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007 d) for filing in these chapter 11 cases.  The list does not include  1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or 2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 50 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, govern-ment contract, etc.) | Contingent, unliquida-ted, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Carl Stork c/o Raines Feldman, LLP 9720 Wilshire Blvd, 5th Floor Beverly Hills, CA 90212 | Carl Stork c/o Raines Feldman, LLP 9720 Wilshire Blvd, 5th Floor Beverly Hills, CA 90212 Tel: 310-734-0398 Fax: 310-691-1943 | Litigation Settlement | | $5,040,000 |
| Reliance Mediaworks Limited (India and UK) Film City Complex Goregaon East, Mumbai - 400065, India | Reliance MediaWorks Ltd. Attn: Naresh Jhangiani Film City Complex Goregaon East, Mumbai - 400065, India Tel: 91 22 39808900 Fax: 91 22 28431685 | Trade | | $4,600,000 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, govern-ment contract, etc.) | Contingent, unliquida-ted, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Legendary Pictures<br>4000 Warner Blvd<br>Building 76<br>Burbank, CA 91522 | Legendary Pictures<br>Attn: Marty Willhite<br>4000 Warner Blvd<br>Building 76<br>Burbank, CA 91522<br>Tel: 818-954-3888<br>Fax: 818-954-3884 | Unsecured Note | | $3,090,000 |
| Bell Technologies, Inc.<br>187 Pacific Street<br>Pomona, CA 91768 | Bell Technologies, Inc.<br>Attn: William Chen<br>187 Pacific Street<br>Pomona, CA 91768<br>Tel: 909-598-1006<br>Fax: 909-598-7006 | Trade | | $742,863 |
| Cowen & Company, LLC.<br>599 Lexington Avenue<br>New York, NY 10022 | Cowen & Company, LLC.<br>Attn: Nancy Wu<br>599 Lexington Avenue<br>New York, NY 10022<br>Tel: 646-562-1259<br>Fax: 646-562-1741 | Finance Services | | $742,554 |
| Scalar Decisions, Inc.<br>400-280 King St. E<br>Toronto ON M5A 1K7 | Scalar Decisions, Inc.<br>Attn: Darren Sharpe<br>400-280 King St. E<br>Toronto ON M5A 1K7<br>Tel: 416-202-0020<br>Fax: 866-257-0174 | Trade | | $606,168 |
| Autodesk, Inc.<br>111 McInnis Parkway<br>San Rafael, CA 94903 | Autodesk, Inc.<br>Attn: Accounts Receivable Manager (Acct No. 70032596)<br>111 McInnis Parkway<br>San Rafael, CA 94903<br>Tel:415-507-5000<br>Fax: 415-507-5100 | Trade | | $581,786 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, govern-ment contract, etc.) | Contingent, unliquida-ted, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Florida State University Foundation, Inc. 2010 Levy Avenue - Bldg. B Tallahassee, Florida 32310 | Florida State University Foundation, Inc. 2010 Levy Avenue - Bldg. B Tallahassee, Florida 32310 Tel: 850-644-3981 Fax: 850-644-6211 | Contract | | $500,000 |
| Brad Lewis c/o Nancy Newhouse Porter NewhousePorterHubbard 40th Floor 333 South Hope Street Los Angeles, CA 90071 | Brad Lewis c/o Nancy Newhouse Porter NewhousePorterHubbard 40th Floor 333 South Hope Street Los Angeles, CA 90071 Tel: 213- 406-2919 Fax: 213- 687-1087 | Contract | | $500,000 |
| Roth Capital 888 San Clemente Drive Newport Beach, CA 92660 | Roth Capital Attn: Lou Ellis 888 San Clemente Drive Newport Beach, CA 92660 Tel: 949-720-5739 Fax: 949-720-7215 | Finance Services | | $450,000 |
| City of Port St Lucie 2195 SE Airoso Blvd Port St Lucie, FL 34984 | City of Port St Lucie Attn: Ed Frye 2195 SE Airoso Blvd Port St Lucie, FL 34984 Tel: 772-878-2277 Fax: 772-344-4298 | Trade | | $441,067 |
| Singer Lewak LLP 10960 Wilshire Blvd, 7th Floor Los Angeles, CA 90024 | Singer Lewak LLP Attn: Suzie Doran 10960 Wilshire Blvd, 7th Floor Los Angeles, CA 90024 Tel: 310-477-3924 Fax: 310-478-6070 | Accounting Services | | $352,740 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, govern-ment contract, etc.) | Contingent, unliquida-ted, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| The Precipio Group<br>433 Plaza Real - Suite 275<br>Boca Raton, Florida  33432 | The Precipio Group<br>Attn: John M. Wazowicz<br>433 Plaza Real - Suite 275<br>Boca Raton, Florida  33432<br>Tel: 561-962-4279<br>Fax: 954-636-6461 | Accounting Services | | $273,104 |
| Unitas Global LLC<br>453  S. Spring Street<br>Suite 610<br>Los Angeles, CA 90013 | Unitas Global LLC<br>Attn: Sara Reinhart<br>453 S. Spring Street<br>Suite 610<br>Los Angeles, CA 90013<br>Finance and Billing Team:<br>Tel: 855-586-4827<br>Email:<br>inquiries@unitasglobal.com | Trade | Unliquidated | $270,000 |
| Broad and Cassel, P.A.<br>One Financial Plaza, Ste 2700<br>Ft Lauderdale, FL  33394 | Broad and Cassel, P.A.<br>Attn: Peter Goldman<br>One Financial Plaza<br>Ste 2700<br>Ft Lauderdale, FL  33394<br>Tel: 954-764-7060<br>Fax: 954-761-8135 | Legal Services | | $260,803 |
| McCann-Erickson USA Inc.<br>215 Leidesdorff Street<br>San Francisco, CA 94111 | McCann-Erickson USA Inc.<br>Attn: Tanner Leggett<br>215 Leidesdorff Street<br>San Francisco, CA 94111<br>Tel: 415-262-5533<br>Fax: 415-262- 5400 | Trade | Unliquidated | $250,723 |
| Charlie Williams<br>c/o Nancy Newhouse Porter<br>NewhousePorterHubbard<br>40th Floor<br>333 South Hope Street<br>Los Angeles, CA 90071 | Charlie Williams<br>c/o Nancy Newhouse Porter<br>NewhousePorterHubbard<br>40th Floor<br>333 South Hope Street<br>Los Angeles, CA 90071<br>Tel: 213- 406-2919<br>Fax: 213- 687-1087 | Contract | | $249,038 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, govern-ment contract, etc.) | Contingent, unliquida-ted, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Workday, Inc 6230 Stoneridge Mall Road Pleasanton, CA 94588 | Workday, Inc Attn: Accounts Receivable Manager 6230 Stoneridge Mall Road Pleasanton, CA 94588 Tel: 925-951-9000 Fax: 925-951-9001 | Trade | Disputed | $235,243 |
| Straticon Construction Services 8767 North 32nd Street Richland, MI 49083 | Straticon Construction Services Attn: Becky Hough 8767 North 32nd Street Richland, MI 49083 Tel: 800-572-6320 Fax: 561-844-5729 | Trade | | $226,966 |
| Shotgun Software Inc. 7415 Hollywood Blvd Los Angeles, CA 90046 | Shotgun Software Inc. Attn: Accounts Receivable Manager 7415 Hollywood Blvd Los Angeles, CA 90046 Tel: 310-699-5843 Fax: 310-349-3248 | Trade | | $225,412 |
| Presidio Networked Solutions, Inc. PO Box 822169 Philadelphia, PA 19182-2169 | Presidio Networked Solutions, Inc. Attn: Gina King PO Box 822169 Philadelphia, PA 19182-2169 Tel: 407-481-8600 Fax: 407-481-8618 | Trade | | $210,291 |
| Liberty Healthcare Group, Inc. P.O. Box 13959 Fort Pierce, FL 34979-3959 | Liberty Healthcare Group, Inc Attn: Accounts Payable P.O. Box 13959 Fort Pierce, FL 34979-3959 Tel: 772-398-5845 Fax: 772-398-2192 | Trade | | $208,991 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, govern-ment contract, etc.) | Contingent, unliquida-ted, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Aaron Blaise c/o Nancy Newhouse Porter NewhousePorterHubbard 40th Floor 333 South Hope Street Los Angeles, CA 90071 | Aaron Blaise c/o Nancy Newhouse Porter NewhousePorterHubbard 40th Floor 333 South Hope Street Los Angeles, CA 90071 Tel: 213- 406-2919 Fax: 213- 687-1087 | Contract | | $175,000 |
| Switch Communications Group P.O. Box 400850 Las Vegas, NV 89140 | Switch Communications Group Attn: Mary Wingate P.O. Box 400850 Las Vegas, NV 89140 Tel: 702-267-6614 Fax: 702-440-2829 | Trade | | $172,937 |
| California Franchise Tax Board PO BOX 942840 Sacramento, CA, 94240-0040 | California Franchise Tax Board Attn: Account Manager PO BOX 942840 Sacramento, CA, 94240-0040 Tel: 800-852-5711 Fax: 916-845-9799 | Tax | | $171,892 |
| Encoders, Inc. 1732 South Congress Ave. Suite 326 Palm Springs, Florida 33461 | Encoders, Inc. Attn: Phil Sergeant 1732 South Congress Ave. Suite 326 Palm Springs, Florida 33461 Tel: 772-446-3005 Fax: 772-446-3007 | Trade | Disputed | $170,125 |
| Solid Angle S.L. GranVia 51 5 C, 28013 Madrid | Solid Angle S.L. Attn: Account Manager Gran Via 51, 5th floor 28013 Madrid Spain Tel: 34 91 1151559 Email: info@solidangle.com | Trade | | $165,000 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Contingent, unliquidated, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Sullivan & Triggs, LLP 1230 Montana Avenue Suite 201 Santa Monica, CA 90403 | Sullivan & Triggs, LLP Attn: Brian Sullivan 1230 Montana Avenue Suite 201 Santa Monica, CA 90403 Tel: 310-451-8300 Fax: 310-451-8303 | Legal Services | | $160,903 |
| Blue Cross Blue Shield of Florida, Inc. PO Box 660299 Dallas, TX 75266-0299 | Blue Cross Blue Shield of Florida, Inc. Attn: Accounts Receivable Manager PO Box 660299 Dallas, TX 75266-0299 Tel: 866-946-2583 Fax: 904-905-6638 | Employee Services | | $160,365 |
| HOK Group, Inc. PO Box 200119 Dallas, TX 75320-0119 | HOK Group, Inc. Attn: Account Manager PO Box 200119 Dallas, TX 75320-0119 Tel: 813-229-0300 Fax: 813-223-7116 | Trade | | $158,629 |
| Hewlett Packard Financial Services Canada, Co. 150-13571 Commerce Parkway Richmond, BC V6V 2R2 | Hewlett Packard Financial Services Canada, Co. Attn: Kenneth Kirkey 150-13571 Commerce Parkway Richmond, BC V6V 2R2 Tel: 604-340-2584 Fax: 604-270-0859 | Equipment Leases | | $150,119 |
| Zayo (aka Abovenet Communications, Inc.) P.O. Box 79006 City of Industry, CA 91716-9006 | Zayo (aka Abovenet Communications, Inc.) Attn: Ken Bamberg P.O. Box 79006 City of Industry, CA 91716-9006 Tel: 213-283-3608 Fax: 303-708-1129 | Trade | | $146,220 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, govern-ment contract, etc.) | Contingent, unliquida-ted, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Ernst & Young US LLP c/o Wells Fargo Bank, N.A. P.O. Box 933514 Atlanta, GA  31193-3514 | Ernst & Young US LLP c/o Wells Fargo Bank, N.A. Attn: Chris MacLaughlin P.O. Box 933514 Atlanta, GA  31193-3514 Tel: 805-778-7028 Fax: 866-7051518 | Accounting Services | | $141,155 |
| The Richlar Partnership c/o Westport Realty, Inc. 433 N. Camden Dr., Suite 820 Beverly Hills, CA 90210 | The Richlar Partnership c/o Westport Realty, Inc. Attn: Glenn E. Freeman 433 N. Camden Dr., Suite 820 Beverly Hills, CA 90210 Tel: 310-550-1570 Fax: 310-550-1826 | Property Leases | | $127,685 |
| Big Environments, Inc. 16625 Redmond Way M/380 Redmond, WA 98052 | Big Environments, Inc. Attn: Don Alvarez 16625 Redmond Way M/380 Redmond, WA 98052 Tel: 206-890-0243 Fax: 425-629-6202 | Trade | | $116,835 |
| Omni Seymour Street Development Limited Partnership 1022 Seymour Street, Vancouver, BC V6B 0Z1 | Omni Seymour Street Development Limited Partnership Attn: Tyler Cordero 1022 Seymour Street, Vancouver, BC V6B 0Z1 Tel: 604-685-3835 Fax: 778-330-2072 | Trade | | $110,566 |
| Flag Holding, LLC. AL-Muroor Street, AL-Maqtaa 1, Bldg. M01 Office PO Box 43399 Abu Dhabi, UAE | Flag Holding, LLC. Attn: Ahmed Ali Al Sarkal AL-Muroor Street, AL-Maqtaa 1, Bldg. M01 Office PO Box 43399 Abu Dhabi, UAE Tel: 97 12 4471112 Fax: 97 12 4471113 | Trade | | $110,000 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, govern-ment contract, etc.) | Contingent, unliquida-ted, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Avere Systems, Inc.<br>500 McKnight Rd.<br>Pittsburgh, PA 15237 | Avere Systems, Inc.<br>Attn: Mark Renault<br>500 McKnight Rd.<br>Pittsburgh, PA 15237<br>Tel: 949-499-3445<br>Fax: 412-635-7171 | Trade | | $106,493 |
| Rainmaker Entertainment<br>200 - 2025 West Broadway<br>Vancouver, BC, V6J 1Z6 | Rainmaker Entertainment<br>Attn: Ralph Wing<br>200 - 2025 West Broadway<br>Vancouver, BC, V6J 1Z6<br>Tel: 604-714-2699<br>Fax: 604-714-2641 | Trade | | $104,349 |
| Steven Douglas Associates, Inc.<br>1301 International Parkway<br>Ste. 510<br>Fort Lauderdale, Florida 33323 | Steven Douglas Associates, Inc.<br>Attn: Dan Hafetz<br>1301 International Parkway<br>Ste. 510<br>Fort Lauderdale, Florida 33323<br>Tel: 954-385-8595<br>Fax: 954-385-1414 | Trade Services | | $102,652 |
| Vectorsoul, S.L.N.E.<br>Rambla de Catalunya, 38<br>8a planta - 08007<br>Barcelona, Spain | Vectorsoul, S.L.N.E.<br>Attn: Account Manager<br>Rambla de Catalunya, 38<br>8a planta - 08007<br>Barcelona, Spain<br>Tel: 34 600 776467<br>Email:<br>esther@vectorsoul.com | Trade | | $100,000 |
| McMillan LLP<br>Royal Centre<br>1055 W. Georgia Street<br>Suite 1500<br>Vancouver, BC V6E 4N7 | McMillan LLP<br>Attn: Pauline Gregory<br>Royal Centre<br>1055 W. Georgia Street<br>Suite 1500<br>Vancouver, BC V6E 4N7<br>Tel: 604-691-6852<br>Fax: 604-893-2668 | Legal Services | | $87,108 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, govern-ment contract, etc.) | Contingent, unliquida-ted, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| AKO Productions, LLC Universal Pictures, a division of Universal City Studios, LLC 100 Universal City Plaza #2160/7E Universal City, CA 91608 | Universal Pictures, a division of Universal City Studios, LLC Attn: Jennifer Bell 100 Universal City Plaza #2160/7E Universal City, CA 91608 Fax: 818-866-0296 | Trade | Unliquidated | Unknown |
| Universal Studios Crater Lake Production's, LLC 100 Universal City Plaza Bldg 91128, 2nd Floor Universal City, CA 91608 | Universal Pictures Attn: Lisa Franklin 100 Universal City Plaza Bldg 91128, 2nd Floor Universal City, CA 91608 Tel:818-777-3010 | Trade | Unliquidated | Unknown |
| Iron Works Productions III, LLC (Marvel) 1600 Rosecrans Ave. Bldg. 7, Suite 110 Manhattan Beach, CA 90266 | Iron Works Productions III, LLC (Marvel) Attn: Account Manager 1600 Rosecrans Ave. Bldg. 7, Suite 110 Manhattan Beach, CA 90266 Tel: 212-576-4000 Fax: 310-536-9871 | Trade | Unliquidated | Unknown |
| Thistlewit Productions/Extinction Productions (Disney) 500 S. Buena Vista St. R.O.D. 179 Burbank, CA 91521 | Walt Disney Studios, Motion Picture Productions Attn: Robert Faukner, Principal Counsel 500 S. Buena Vista St. R.O.D. 179 Burbank, CA 91521 Tel: 818-560-7946 Fax: 818-843-3235 | Trade | Unliquidated | Unknown |
| Activision Publishing, Inc. 3100 Ocean Park Blvd Santa Monica, CA 90405 | Activision Publishing, Inc. Attn: Jennifer A. Velazques 3100 Ocean Park Blvd. Santa Monica, CA 90405 Tel: 310-496-5219 | Trade | Unliquidated | Unknown |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, govern-ment contract, etc.) | Contingent, unliquida-ted, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| OddLot Entertainment LLC 9601 Jefferson Blvd. Culver City, CA 90232 | OddLot Entertainment LLC Attn: Aaron Michiel 9601 Jefferson Blvd. Culver City, CA 90232 Tel: 310-652-0718 Fax: 310-652-0718 | Trade | Unliquidated | Unknown |
| 2K Games, Inc. 10 Hamilton Landing Novato, CA 94949 | 2K Games, Inc. Attn: Armanda Rubright, PMP 10 Hamilton Landing Novato, CA 94949 Tel: 415-479-3634 | Trade | Unliquidated | Unknown |
| Zambezi Ink Inc. 248 Westminster Ave Venice, CA 90291 | Zambezi Ink Inc. Attn: Alex Cobin 248 Westminster Ave Venice, CA 90291 Tel: 310-749-7434 | Trade | Unliquidated | Unknown |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DIGITAL DOMAIN MEDIA GROUP, INC., | ) | Case No. 12-_____ (___) |
| | ) | |
| Debtor. | ) | |

### CERTIFICATION CONCERNING CONSOLIDATED LIST OF
### CREDITORS HOLDING THE 50 LARGEST UNSECURED CLAIMS

The debtor and debtor in possession (the "Debtor") in the above-captioned case hereby certifies under penalty of perjury that the *Consolidated List of Creditors Holding the 50 Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Consolidated List of Creditors Holding the 50 Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: 1) a waiver of any defense to any listed claims; 2) an acknowledgement of the allowability of any listed claims; and/or 3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 11, 2012

_____
Michael Katzenstein
Chief Restructuring Officer