IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DIGITAL DOMAIN MEDIA GROUP, INC., | ) | Case No. 12-______ (___) |
| | ) | |
| Debtor. | ) | |

**LIST OF EQUITY SECURITY HOLDERS**

**See Attached**

AST
AMERICAN STOCK
Transfer & Trust Company, LLC
LINK GROUP network

## LIST OF SHAREHOLDERS
# DIGITAL DOMAIN MEDIA GROUP INC (17338)

## Report Summary

| | |
|---|---|
| Report Date: | 09/05/2012 |
| Share Dating: | Current Date (09/05/2012) |
| Share Types: | Cert + DR |
| Total Accounts in Report: | 53 |
| Total Cert Shares: | 45,630,801.000 |
| Total DR Shares: | 0.000 |
| Total Shares: | **45,630,801.000** |

## Account Criteria

| | |
|---|---|
| Account Status: | Open Accounts Only |
| Date Closed Range: | Do Not Limit Currently Closed Accounts By Date Closed |
| Date Opened Range: | Do Not Limit By Date Opened |
| Shares Range: | Do Not Limit By Number of Shares |
| Special Accounts: | Do Not Limit By Special Account Status |
| Direct Deposit code: | Do Not Limit By Direct Deposit |

## Report Style

| | |
|---|---|
| Sorting | Name (Ascending) |
| Alternate Address Type: | None (Use Legal) |
| Closed Accounts Position: | Interleaved with Open Accounts |

## Items Displayed in Report Detail

| | |
|---|---|
| Current Account Status: | Not Displayed |
| Date Opened: | Not Displayed |
| Date Closed: | Not Displayed |
| Special Account Code: | Not Displayed |
| Direct Deposit Status: | Not Displayed |
| Class Code | Not Displayed |
| Residence Code: | Not Displayed |



AMERICAN STOCK
Transfer & Trust Company, LLC
LINK GROUP network

# LIST OF SHAREHOLDERS
# DIGITAL DOMAIN MEDIA GROUP INC (17338)

REPORT DATE: 09/05/2012
PAGE: 1

| Account | Total | Cert | DR | Name and Address |
|---|---|---|---|---|
| 0000010008 | 15,000.000 | 15,000.000 | 0.000 | C ELIZABETH ABEYTA-PRICE<br>2311 NE PINECREST LAKE BOULEVARD<br>JENSEN BEACH FL 34957 |
| 0000010067 | 623,025.000 | 623,025.000 | 0.000 | AMPHIARAOS CAPITAL LIMITED<br>39-14 BROAD STREET<br>ST HELIER<br>JERSEY JE4 5PS |
| 0000010081 | 35,715.000 | 35,715.000 | 0.000 | ARIA OPPORTUNITY FUND LTD<br>C/O TENOR CAPITAL MANAGEMENT<br>COMPANY LP<br>1180 AVENUE OF AMERICAS 19TH FLOOR<br>NEW YORK NY 10036 |
| 0000010061 | 519,188.000 | 519,188.000 | 0.000 | BOUNTY GAIN ENTERPRISES INC<br>ATTN: CLIFF CHEUNG KWOK CHI<br>AVENIDA DA PRAIA GRANDE #75-81<br>2 ANDAR EFT VENG FAI<br>MACAU |
| 0000010011 | 8,332.000 | 8,332.000 | 0.000 | LARRY BRIDGES &<br>FAYE BRIDGES JTWROS<br>12717 GORDON BOULEVARD<br>UNIT 117<br>WOODBRIDGE VA 22192 |
| 0000010086 | 150,000.000 | 150,000.000 | 0.000 | CASTLE CREEK ADVISORS LLC<br>1307 NORTHEAST SUNVIEW TERRACE<br>JENSEN BEACH FL 34957 |
| 0000010001 | 10,610,657.000 | 10,610,657.000 | 0.000 | CEDE & CO (FAST ACCOUNT)<br>DO NOT MAIL<br>NEW YORK NY 10004 |
| 0000010039 | 18,333.000 | 18,333.000 | 0.000 | CHEKKA HOLDINGS LLC<br>1161 PEACH STREET<br>SUITE 225<br>ERIE PA 16501 |
| 0000010019 | 8,000.000 | 8,000.000 | 0.000 | DARREL THOMAS COMBS<br>63045 CARNELIAN LANE<br>BEND OR 97701 |
| 0000010066 | 1,917,320.000 | 1,917,320.000 | 0.000 | DIGITAL DOMAIN MEDIA GROUP INC<br>10250 SW VILLAGE PARKWAY<br>PORT SAINT LUCIE FL 34987 |
| 0000010010 | 14,000.000 | 14,000.000 | 0.000 | NORMAN DOLLBAUM &<br>MARILYN DOLLBAUM JTWROS<br>27801 QUAIL VIEW LANE<br>WESLEY CHAPEL FL 33544 |
| 0000010009 | 32,000.000 | 32,000.000 | 0.000 | RAYMOND F DUBOIS &<br>HELEN R DUBOIS JTWROS<br>1545 35TH STREET NW<br>WASHINGTON DC 20007 |
| 0000010084 | 18,161.000 | 18,161.000 | 0.000 | RENE EICHENBERGER<br>C/O UBS FINANCIAL<br>ATTN R KLAHNE<br>712 SE OCEAN BOULEVARD<br>STUART FL 34994 |
| 0000010012 | 4,000.000 | 4,000.000 | 0.000 | PHILLIP A EISENBERG<br>770 ANDERSON AVENUE<br>APT 10H<br>CLIFFSIDE PARK NJ 07010 |
| 0000010037 | 2,233,321.000 | 2,233,321.000 | 0.000 | ELK RIVER INVESTMENTS LLLP<br>C/O 2365 PROSPERITY BAY COURT<br>PALM BEACH GARDENS FL 33410 |
| 0000010077 | 114,286.000 | 114,286.000 | 0.000 | EMPERY ASSET MASTER LTD<br>C/O EMPERY ASSET MANAGEMENT LP<br>1 ROCKEFELLER PLAZA<br>SUITE 1205<br>NEW YORK NY 10020 |
| 0000010074 | 10.000 | 10.000 | 0.000 | DONALD GLEICHMAN CUST<br>RYAN GARY GLEICHMAN<br>UNDER THE FL UNIF TRAN MIN ACT<br>4140 SE HYLINE DR<br>JENSEN BEACH FL 34957 |
| 0000010078 | 314,286.000 | 314,286.000 | 0.000 | HARTZ CAPITAL INVESTMENTS LLC<br>C/O EMPERY ASSET MANAGEMENT LP<br>1 ROCKEFELLER PLAZA<br>SUITE 1205<br>NEW YORK NY 10020 |
| 0000010013 | 10,000.000 | 10,000.000 | 0.000 | JAMES C HEROLD<br>PO BOX 536<br>NORCO CA 92860 |
| 0000010076 | 428,572.000 | 428,572.000 | 0.000 | HUDSON BAY MASTER FUND LTD<br>777 THIRD AVENUE<br>30TH FLOOR<br>NEW YORK NY 10017 |



AMERICAN STOCK
Transfer & Trust Company, LLC
LINK GROUP network

# LIST OF SHAREHOLDERS
# DIGITAL DOMAIN MEDIA GROUP INC (17338)

| | | | |
|---|---|---|---|
| **Account: 0000010044** **Total:** 423,287.000<br>Cert: 423,287.000<br>DR: 0.000<br><br>IN-THREE INC<br>ATTN: N FELDMAN<br>C/O 9507 OVERLEA DRIVE<br>ROCKVILLE MD 20850 | **Account: 0000010083** **Total:** 142,858.000<br>Cert: 142,858.000<br>DR: 0.000<br><br>IROQUOIS MASTER FUND LTD<br>C/O IROQUOIS CAPITAL MANAGEMENT LLC<br>641 LEXINGTON AVENUE 26TH FLOOR<br>NEW YORK NY 10022 | **Account: 0000010047** **Total:** 12,000.000<br>Cert: 12,000.000<br>DR: 0.000<br><br>ROGER W JOHNSON<br>17350 MORNINGVIEW COURT<br>BROOKFIELD WISCONSIN 53045 | **Account: 0000010048** **Total:** 8,332.000<br>Cert: 8,332.000<br>DR: 0.000<br><br>WILLIAM KAVAGE<br>14471 ULERY ROAD<br>SUNBURY OHIO 43074 |
| **Account: 0000010082** **Total:** 142,858.000<br>Cert: 142,858.000<br>DR: 0.000<br><br>KINGSBROOK OPPORTUNITIES MASTER FUND LP<br>C/O KINGSBROOK PARTNERS LP<br>590 MADISON AVENUE 27TH FLOOR<br>NEW YORK NY 10022 | **Account: 0000010041** **Total:** 218,069.000<br>Cert: 218,069.000<br>DR: 0.000<br><br>DANIEL C MARINO JR<br>400 NORTH ANDREWS AVENUE<br>FORT LAUDERDALE FL 33301 | **Account: 0000010003** **Total:** 1,358,456.000<br>Cert: 1,358,456.000<br>DR: 0.000<br><br>DANIEL C MARINO JR<br>400 NORTH ANDREWS AVENUE<br>FORT LAUDERDALE FL 33301 | **Account: 0000010049** **Total:** 8,332.000<br>Cert: 8,332.000<br>DR: 0.000<br><br>MARVIN E MONROE<br>15545 MURPHY ROAD<br>SUNBURY OHIO 43074 |
| **Account: 0000010085** **Total:** 150,000.000<br>Cert: 150,000.000<br>DR: 0.000<br><br>AL MUSHRIF CONSULTING<br>C/O BHF-BANK REPRESENTATIVE<br>OFFICE ABU DHABI<br>MARINA ROYAL VILLA 99 P O BOX 54826<br>ABU DHABI UNITED ARAB EMIRATES | **Account: 0000010079** **Total:** 214,286.000<br>Cert: 214,286.000<br>DR: 0.000<br><br>PARSOON SPECIAL SITUATION LTD<br>C/O TENOR CAPITAL MANAGEMENT<br>COMPANY LP<br>1180 AVENUE OF AMERICAS 19TH FLOOR<br>NEW YORK NY 10036 | **Account: 0000010050** **Total:** 726,594.000<br>Cert: 726,594.000<br>DR: 0.000<br><br>PBC DIGITAL HOLDINGS II LLC<br>C/O NATE WARD<br>505 SOUTH FLAGLER DRIVE<br>SUITE 1400<br>WEST PALM BEACH FL 33401 | **Account: 0000010051** **Total:** 1,630,075.000<br>Cert: 1,630,075.000<br>DR: 0.000<br><br>PBC DIGITAL HOLDINGS II LLC<br>C/O NATE WARD<br>505 SOUTH FLAGLER DRIVE SUITE 1400<br>WEST PALM BEACH FLORIDA 33401 |
| **Account: 0000010052** **Total:** 678,875.000<br>Cert: 678,875.000<br>DR: 0.000<br><br>PBC DIGITAL HOLDINGS II LLC<br>C/O NATE WARD 505 SOUTH FLAGLER DRIVE<br>SUITE 1400<br>WEST PALM BEACH FLORIDA 33401 | **Account: 0000010053** **Total:** 2,518,357.000<br>Cert: 2,518,357.000<br>DR: 0.000<br><br>PBC MGPEF DDH LLC<br>C/O NATE WARD<br>505 SOUTH FLAGLER DRIVE SUITE 1400<br>WEST PALM BEACH FLORIDA 33401 | **Account: 0000010054** **Total:** 2,187,520.000<br>Cert: 2,187,520.000<br>DR: 0.000<br><br>PBC MGPEF DDH LLC<br>C/O NATE WARD 505 SOUTH FLAGLER DRIVE<br>SUITE 1400<br>WEST PALM BEACH FLORIDA 33401 | **Account: 0000010055** **Total:** 3,373,303.000<br>Cert: 3,373,303.000<br>DR: 0.000<br><br>PBC DIGITAL HOLDINGS LLC<br>C/O NATE WARD<br>505 SOUTH FLAGLER DRIVE SUITE 1400<br>WEST PALM BEACH FLORIDA 33401 |
| **Account: 0000010056** **Total:** 4,616,313.000<br>Cert: 4,616,313.000<br>DR: 0.000<br><br>PBC DIGITAL HOLDINGS LLC<br>C/O NATE WARD 505 SOUTH FLAGLER DRIVE<br>SUITE 1400<br>WEST PALM BEACH FLORIDA 33401 | **Account: 0000010029** **Total:** 666,346.000<br>Cert: 666,346.000<br>DR: 0.000<br><br>PBC DDH WARRANTS LLC<br>C/O NATE WARD 505 SOUTH FLAGLER DRIVE<br>SUITE 1400<br>WEST PALM BEACH FL 33401 | **Account: 0000010062** **Total:** 228,443.000<br>Cert: 228,443.000<br>DR: 0.000<br><br>PHILLIP VENTURES ENTERPRISE<br>FUND 2 LTD<br>ATTN: CHEE WEI TAN 250 N BRIDGE RD<br>#06-00 RAFFLES CITY TOWER<br>SINGAPORE 179101 | **Account: 0000010063** **Total:** 290,745.000<br>Cert: 290,745.000<br>DR: 0.000<br><br>PHILLIP VENTURES ENTERPRISE<br>FUND 3 LTD<br>ATTN: CHEE WEI TAN 250 N BRIDGE RD<br>#06-00 RAFFLES CITY TOWER<br>SINGAPORE 179101 |



# LIST OF SHAREHOLDERS
# DIGITAL DOMAIN MEDIA GROUP INC (17338)

REPORT DATE: 09/05/2012

| | | | |
|---|---|---|---|
| Account: 0000010089 Total: 5,000.000<br>Cert: 5,000.000<br>DR: 0.000<br>UBS FINANCIAL SERVICES CUSTODIAN<br>FBO JUDITHE M PRICE IRA<br>712 S E OCEAN BLVD<br>STUART FL 34994 | Account: 0000010016 Total: 16,666.000<br>Cert: 16,666.000<br>DR: 0.000<br>ROBERT J QUINN &<br>JANA QUINN JTWROS<br>1101 BAY PINE BOULEVARD<br>INDIAN ROCKS BEACH FL 33785 | Account: 0000010045 Total: 8,332.000<br>Cert: 8,332.000<br>DR: 0.000<br>CAMILLE LAMAR ROBERTS<br>5220 SOUTH RUSSELL STREET<br>UNIT 31<br>TAMPA FLORIDA 33611 | Account: 0000010023 Total: 8,333.000<br>Cert: 8,333.000<br>DR: 0.000<br>ROBERT ZELIN ROTH IRA<br>C/O 19 OAK TRAIL ROAD<br>ENGLEWOOD NJ 07631 |
| Account: 0000010031 Total: 5,500.000<br>Cert: 5,500.000<br>DR: 0.000<br>SCOTT TAPPER<br>22 ISLAND ROAD<br>STUART FL 34996 | Account: 0000010080 Total: 107,143.000<br>Cert: 107,143.000<br>DR: 0.000<br>TENOR OPPORTUNITY MASTER FUND LTD<br>C/O TENOR CAPITAL MANAGEMENT<br>COMPANY LP<br>1180 AVENUE OF AMERICAS 19TH FLOOR<br>NEW YORK NY 10036 | Account: 0000010087 Total: 6,925,738.000<br>Cert: 6,925,738.000<br>DR: 0.000<br>JOHN C TEXTOR<br>DEBORAH WHITMORE TEXTOR JTWROS<br>PLEDGED ACCONT FBO PALM BEACH CAPITAL<br>PO BOX 1047<br>HOBE SOUND FL 33475 | Account: 0000010002 Total: 1,385,879.000<br>Cert: 1,385,879.000<br>DR: 0.000<br>JOHN C TEXTOR &<br>DEBORAH W TEXTOR TBTE<br>PO BOX 1047<br>HOBE SOUND FL 33475 |
| Account: 0000010017 Total: 7,947.000<br>Cert: 7,947.000<br>DR: 0.000<br>EQUITY TRUST CO CUSTODIAN<br>FBO JOHN SYKTICH IRA<br>C/O 2428 RIVIERA DRIVE<br>CHULA VISTA CA 91915 | Account: 0000010024 Total: 5,000.000<br>Cert: 5,000.000<br>DR: 0.000<br>TIM WALLACE &<br>LISA WALLACE JT TEN<br>2303 MILLERTON LANE<br>KATY TX 77450 | Account: 0000010040 Total: 373,832.000<br>Cert: 373,832.000<br>DR: 0.000<br>WYNDCREST DD INVESTMENT HOLDINGS LLC<br>C/O 10250 SW VILLAGE PARKWAY<br>ATTN: S RACICOT<br>PORT ST LUCIE FL 34987 | Account: 0000010022 Total: 8,333.000<br>Cert: 8,333.000<br>DR: 0.000<br>ROBERT ZELIN<br>19 OAK TRAIL ROAD<br>ENGLEWOOD NJ 07631 |
| Account: 0000010032 Total: 103,843.000<br>Cert: 103,843.000<br>DR: 0.000<br>ZENT INTERNATIONAL LTD<br>P O BOX 1175<br>RUWI-112<br>OMAN | | | |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DIGITAL DOMAIN MEDIA GROUP, INC., | ) | Case No. 12-______ (___) |
| | ) | |
| Debtor. | ) | |

**CERTIFICATION CONCERNING EQUITY SECURITY HOLDERS**

The debtor and debtor in possession (the "Debtor") in the above-captioned case, hereby certifies under penalty of perjury that the *List of Equity Security Holders* of the Debtor submitted herewith, pursuant to Local Rule 1007-1 (a) of the Bankruptcy Court for the District of Delaware, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 11, 2012

Michael Katzenstein
Chief Restructuring Officer