IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DIGITAL DOMAIN MEDIA GROUP, INC., | ) | Case No. 12-_____ (___) |
| | ) | |
| Debtor. | ) | |

### CORPORATE OWNERSHIP STATEMENT

In accordance with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, the debtor and debtor in possession (the "Debtor") in the above-captioned case hereby states that the following corporations directly or indirectly own 10% or more of the Debtor's equity interests:

- PBC MGPEF DDH LLC
  505 South Flagler Drive, Suite 1400
  West Palm Beach, Florida 33401

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 11, 2012

_____
Michael Katzenstein
Chief Restructuring Officer

DOCS_DE:182745.2 18455-001