## CERTIFICATE OF SERVICE

I, R. Stephen McNeill, hereby certify that on this 21[th] day of November 2012, I caused a true and correct copy of the foregoing **Limited Objection and Reservation of Rights of The Disney Entities to Debtors' Motion for Order (I) Approving Separate Sales of Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief** to be served upon the individuals listed below as indicated:

**Via Hand Delivery**
Timothy P. Cairns, Esquire
Pachulski, Stang, Ziehl & Jones, LLP
919 N Market Street, 17th Floor
Wilmington, DE  19801

**Via First-Class Mail**
Debra I. Grassgreen, Esquire
Pachulski, Stang, Ziehl & Jones, LLP
150 California Street, 15th Floor
San Francisco, CA  94111-4500

**Via First-Class Mail**
Robert J. Feinstein, Esquire
Pachulski, Stang, Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY  10017-2024

**Via Hand Delivery**
Richard Schepacarter, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
J. Caleb Boggs Federal Building
Wilmington, DE  19801

**Via First-Class Mail**
Adam Harris, Esquire
David Hillman, Esquire
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY  10022

**Via Hand Delivery**
Adam G. Landis, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801

**Via First-Class Mail**
Jeffrey Schwartz, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

**Via Hand Delivery**
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 Market Street, Suite 1300
Wilmington, DE  19801

Under penalty of perjury, I declare the foregoing to be true and correct.

R. Stephen McNeill