IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DDMG Estate, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 12-12568 (BLS)<br><br>(Jointly Administered)<br><br>**Related Docket No. 471** |

## SECOND AMENDMENT TO THE FINAL ORDER (I) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION FINANCING AND USE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION, (III) SCHEDULING FINAL HEARING, AND (IV GRANTING CERTAIN RELATED RELIEF

Upon the motion dated September 11, 2012 (the "Motion"), seeking entry of interim and final order (i) authorizing Debtors to obtain postpetition financing and use cash collateral; (ii) granting adequate protection, (iii) scheduling a final hearing, and (iv) granting certain related relief; and the final hearing on the Motion (the "Final Hearing") having been held on November 6, 2012; the Court having heard and resolved or overruled any and all other objections to relief requested in the Motion; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, and creditors; and the Court having entered the Final DIP Order on November 7, 2012 [Docket No. 471] (the "Final DIP Order").

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT the Final DIP Order shall be, and hereby is, amended and modified as follows:**

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: D2 Software, Inc. (5602); DDH Land Holdings, LLC; DDH Land Holdings II, LLC; Digital Domain (8392); Digital Domain Institute, Inc. (6275); Digital Domain International, Inc. (9344); Digital Domain Media Group, Inc. (9505); Digital Domain Productions, Inc. (5757); Digital Domain Productions (Vancouver) Ltd.; Digital Domain Stereo Group, Inc. (4526); Digital Domain Tactical, Inc. (6809); Mothership Media, Inc. (2113); Tradition Studios, Inc. (4883); and Tembo Productions, Inc. The Debtors' corporate headquarters is located at 10250 SW Village Parkway, Port St. Lucie, Florida 34987.

1. The Outside Date (as defined in the DIP Term Sheet, as defined in, and attached to, the Final DIP Order) shall be amended to March 29, 2013.

2. The Approved Budged (as defined in the Final DIP Order) shall, for the period from February 1, 2013 to March 29, 2013, be replaced with the Approved Budget attached hereto as <u>Exhibit A</u>.

3. The terms and conditions of the Final DIP Order shall remain in full force and effect, except as specifically amended or modified by this order.

Dated: 2/7, 2012

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

DOCS_SF:82431.1 18455/002