# EXHIBIT A

DDMG Estate (f/k/a Digital Domain Media Group, Inc.)
Revised DIP Forecast
January 31, 2013

| $'s 000s<br>Week Number<br>Week Ending | Actual<br>17<br>1/4/2013 | Actual<br>18<br>1/11/2013 | Actual<br>19<br>1/18/2013 | Fcst<br>20<br>1/25/2013 | Fcst<br>21<br>2/1/2013 | Fcst<br>22<br>2/8/2013 | Fcst<br>23<br>2/15/2013 | Fcst<br>24<br>2/22/2013 | Fcst<br>25<br>3/1/2013 | Fcst<br>26<br>3/8/2013 | Fcst<br>27<br>3/15/2013 | Fcst<br>28<br>3/22/2013 | Fcst<br>29<br>3/29/2013 | Total<br>1/4/2013<br>3/29/2013 | DIP Budget Total<br>9/14/2012<br>3/29/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Receipts** | | | | | | | | | | | | | | | |
| Florida | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 88 |
| California | - | 682 | - | - | - | - | - | - | - | - | - | - | - | 682 | 2,014 |
| California - Deferral | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Operating Receipts | - | 682 | - | - | - | - | - | - | - | - | - | - | - | 682 | 2,100 |
| **Operating Disbursements** | | | | | | | | | | | | | | | |
| Payroll and Benefits | (62) | (0) | (9) | 20 | (42) | (54) | (30) | - | - | (0) | - | 60 | - | (117) | (8,160) |
| Lease and Facilities | - | - | - | - | (3) | (28) | 13 | - | - | - | - | - | - | (18) | (210) |
| Utilities | - | - | (1) | - | (19) | - | - | - | - | - | - | - | - | (20) | (124) |
| Technology and Communications | - | - | (1) | - | (2) | (5) | - | (3) | - | - | - | - | - | (11) | (219) |
| Legal and Professional Fees | - | - | - | (4) | - | - | - | - | - | - | - | - | - | - | (73) |
| Consulting Fees | - | (3) | - | - | (3) | (6) | (5) | (4) | - | (3) | - | - | (2) | (26) | (770) |
| A/P and Other Expenses | (1) | (1) | (1) | - | (3) | (28) | 5 | (3) | - | (2) | (3) | - | - | (33) | (34) |
| Wind Down Expenses | - | - | - | - | (3) | (3) | (3) | - | - | - | - | - | - | (13) | - |
| Contingency | - | - | - | - | (5) | (10) | (10) | (5) | - | - | - | - | - | (30) | (65) |
| Total Operating Disbursements | (63) | (4) | (13) | 16 | (75) | (132) | (30) | (14) | - | (5) | (3) | 58 | (2) | (267) | (9,655) |
| Net Operating Cash Flow | (63) | 678 | (13) | 16 | (75) | (132) | (30) | (14) | - | (5) | (3) | 58 | (2) | 415 | (7,555) |
| **Other Non-Operating** | | | | | | | | | | | | | | | |
| DIP Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (1,784) |
| Senior Note Interest | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sales Proceeds | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Other Non-Operating | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (1,784) |
| **Bankruptcy Costs** | | | | | | | | | | | | | | | |
| Debtor Professional Fees | - | - | - | (206) | (30) | (109) | (192) | - | (40) | (3) | (10) | - | 74 | (516) | (3,623) |
| 1st Lien Lender Professional Fees | - | - | (4) | (93) | (870) | (37) | (28) | (22) | (28) | (19) | (22) | (19) | (22) | (1,163) | (3,566) |
| UCC Professional Fees | - | - | - | - | (160) | (72) | (125) | - | - | - | - | - | - | (410) | (1,290) |
| Ordinary Course Professional Fees | - | - | - | - | (31) | - | - | - | - | - | - | - | - | (48) | (238) |
| Critical Vendor Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (20) |
| Utility and Telecom Deposits | (53) | - | - | - | - | - | - | - | - | - | - | - | - | - | (35) |
| Other Expenses | (17) | - | - | - | - | - | - | - | - | - | - | - | - | - | (23) |
| Accrued Vacation | - | - | - | - | - | (64) | - | - | - | - | - | - | - | (64) | (109) |
| Key Employee Incentive Plan | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (64) |
| Completion Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (1,460) |
| Total Bankruptcy Costs | (70) | - | (4) | (299) | (1,090) | (281) | (345) | (22) | (68) | (22) | (32) | (19) | 52 | (2,200) | (10,429) |
| Net Cash Flow | (133) | 678 | (16) | (283) | (1,165) | (414) | (374) | (36) | (73) | (26) | (34) | 39 | 52 | (1,786) | (19,769) |
| **Cash** | | | | | | | | | | | | | | | |
| Beginning Cash Balance (Book Basis) | 166 | 86 | 764 | 748 | 465 | 228 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 166 | 201 |
| Net Cash Flow | (133) | 678 | (16) | (283) | (1,165) | (414) | (374) | (36) | (73) | (26) | (34) | 39 | 52 | (1,786) | (19,769) |
| Float Adjustment (Pre-Petition Outstanding Checks) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 77 |
| Currency Translation (USD to CAD) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (32) |
| UCC Professional Fee Add-Back Adjustment | 53 | - | - | - | 160 | 72 | 125 | - | - | - | - | - | - | 410 | 1,290 |
| 1st Lien Lender Professional Fee Add-Back Adjustment | - | - | - | - | 767 | - | - | - | - | - | - | - | - | 767 | 767 |
| DIP Borrowings (Repayments) | - | - | - | - | - | 134 | 249 | 36 | 73 | 26 | 34 | (39) | (52) | 462 | 17,484 |
| Ending Cash Balance (Book Basis) | 86 | 764 | 748 | 465 | 228 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |

DDMG Estate (f/k/a Digital Domain Media Group, Inc.)
Revised Bankruptcy Professional Fees and Other Disbursements
January 31, 2013

$'s 000s

| Week Number | | Actual 17 | Actual 18 | Actual 19 | Fcst 20 | Fcst 21 | Fcst 22 | Fcst 23 | Fcst 24 | Fcst 25 | Fcst 26 | Fcst 27 | Fcst 28 | Fcst 29 | Total | DIP Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | | 1/4/2013 | 1/11/2013 | 1/18/2013 | 1/25/2013 | 2/1/2013 | 2/8/2013 | 2/15/2013 | 2/22/2013 | 3/1/2013 | 3/8/2013 | 3/15/2013 | 3/22/2013 | 3/29/2013 | 1/4/2013–3/29/2013 | 9/14/2012–3/29/2013 Total |
| **Bankruptcy Related Costs** | **Firm** | | | | | | | | | | | | | | | |
| Debtor Professional Fees | | | | | | | | | | | | | | | | |
| Bankruptcy Counsel | Pachulski | - | - | - | - | - | (80) | - | - | (25) | - | (25) | - | (110) | (1,780) |
| Bankruptcy Counsel – Additional Matters | Pachulski | - | - | - | - | - | - | - | - | - | - | - | - | 114 | (68) (68) |
| Bankruptcy Counsel – Canada | Cassels Brock | - | - | - | - | - | (5) | - | - | (5) | - | - | - | (5) | (15) (352) |
| Information Officer – Canada | Alvarez and Marsal | - | - | - | - | - | - | - | - | - | - | - | - | - | (103) |
| Turn-Around Manager | FTI Consulting | - | - | - | (158) | - | (44) | (10) | - | (10) | - | (10) | - | (10) | (242) (949) |
| BOD Special Committee Counsel | Cadwalader | - | - | - | - | - | - | - | - | - | - | - | - | - | (210) |
| Claims Agent | KCC | - | - | - | (46) | - | - | - | - | - | - | - | - | - | (46) (125) |
| US Trustee | NA | - | - | - | - | (30) | - | - | - | - | (3) | - | - | - | (33) (37) |
| **Total Debtor Professional Fees** | | - | - | - | (206) | (30) | (109) | (192) | - | (40) | (3) | (40) | - | 74 | (510) | (3,623) |
| 1st Lien Lender Professional Fees | | | | | | | | | | | | | | | | |
| Bankruptcy Counsel | Schulte Roth Zabel | - | - | - | (93) | (93) | (37) | (22) | (22) | (22) | (22) | (19) | (19) | (19) | (364) | (2,114) |
| Bankruptcy Counsel – Lender Reimbursement | Schulte Roth Zabel | - | - | - | - | (767) | - | - | - | - | - | - | - | - | (767) | (767) |
| Bankruptcy Counsel | Wilmer Hale | - | - | - | - | (5) | - | (5) | - | (5) | (3) | (3) | (3) | - | (17) | (450) |
| Bankruptcy Counsel | Landis, Rath & Cobb | - | - | (2) | (2) | (5) | - | (4) | - | (4) | - | - | - | - | (14) | (235) |
| **Total First Lien Lender Professional Fees** | | - | - | (4) | (93) | (870) | (37) | (28) | (22) | (28) | (3) | (19) | (19) | (22) | (1,163) | (3,566) |
| UCC Professional Fees | | | | | | | | | | | | | | | | |
| Bankruptcy Counsel | Brown Rudnick | (53) | - | - | - | (160) | - | (125) | - | (125) | - | - | - | - | (285) | (1,165) |
| Financial Advisor | Mark Thompson | - | - | - | - | - | (72) | - | - | - | - | - | - | - | (125) | (125) |
| **Total UCC Professional Fees** | | (53) | - | - | - | (160) | (72) | (125) | - | (125) | - | (19) | (19) | - | (410) | (1,290) |
| Ordinary Course Professionals | | | | | | | | | | | | | | | | |
| Legal Counsel (General and Employment) | Akerman Senterfitt | (17) | - | - | - | (31) | - | - | - | - | - | - | - | - | (28) | (57) |
| Legal Counsel (Florida Government) | Kobre & Kim | - | - | - | - | (8) | - | - | - | - | - | - | - | - | (5) | (37) |
| SEC Counsel | Evans & Kalmia | - | - | - | - | (5) | - | - | - | (5) | - | - | - | - | (9) | (9) |
| Legal Counsel (General) | Sullivan & Triggs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (28) |
| Legal Counsel (Canada) | Nathanson Schachter | - | - | - | - | (10) | - | - | - | (10) | - | - | - | - | (10) | (33) |
| FL Real Estate Legal Counsel | Jones Foster | - | - | - | - | (7) | - | - | - | - | - | - | - | - | (7) | (28) |
| Public Relations | Van Meter | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (47) |
| Public Relations | Tom McNicholas | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Tax Returns | Unknown | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Ordinary Course Professionals** | | (17) | - | - | - | (31) | - | - | - | - | - | - | - | - | (48) | (238) |
| Other Costs / Disbursements | | | | | | | | | | | | | | | | |
| Critical Vendor Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (20) |
| Utility and Telecom Deposits | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (35) |
| Publication of NOL Order/Sale | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (23) |
| Accrued Vacation / PTO | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (109) |
| Key Employee Incentive Plan | | - | - | - | - | - | (64) | - | - | - | - | - | - | - | (64) | (64) |
| FTI Completion Fee | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (1,450) |
| D&O Insurance (Tail Coverage) | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Other Costs / Disbursements** | | - | - | - | - | - | (64) | - | - | - | - | - | - | - | (64) | (1,711) |
| **Total Bankruptcy Related Costs** | | (70) | - | (4) | (299) | (1,090) | (281) | (345) | (22) | (68) | (6) | (22) | (19) | 52 | (2,200) | (10,429) |

1.) Budgeted amounts set forth by the Pachulski Firm are for 1) general case administrative services including fee and employment applications, United States Trustee compliance and general case inquiries and 2) services related to the sale of a 4 acre parcel of real estate and de minimis asset sales. As such, the budgeted amounts are exclusive of services rendered and related disbursements incurred in connection any other matters, including the "Additional Matters" which are defined to include the following:
 • Any reasonable and necessary work for Debtor in connection with D&O investigation (e.g., production of documents and attendance at depositions) and Debtor insurance coverage provided that the Debtors/PSZJ will cooperate and promptly seek reimbursement for those services under the applicable insurance policies and any insurance reimbursement shall be paid over the DIP Lenders.
 • Any reasonable and necessary work related to closing the Patent sale to Real D (or back-up bidder) or post-closing matters including any appeal of the Patent Sale Orders to the extent such costs are not the Buyers' responsibility under the APA and sale order.
 • Any reasonable and necessary work related to closing personal property sales or post-closing matters related to personal property sales.
 • Any reasonable and necessary post-closing work related to the VFX sale
 • Any reasonable and necessary work related to the sale or transfer of any asset other than the 4 acre undeveloped parcel and de minimis asset sales
 • Any reasonable and necessary work related to the Canadian proceeding
 • Any reasonable and necessary litigation (contested matter or adversary proceeding) related to the PSL County Tax claims and the release of the remaining funds in escrow.
 • Any reasonable and necessary work related to the PBC Adversary Proceeding
 • Any reasonable and necessary work related to or in connection with newly filed motions or stipulations for relief from stay.
 • Any reasonable and necessary work related to the WARN Adversary proceeding
 • Any reasonable and necessary work related to the characterization of the PSL Lease and the implementation of the settlement reached in connection therewith (other than negotiations with PSL City and PSL County) to release the remaining funds from the tax escrow).
 • Any newly instituted contested matters or adversary proceedings

As to Additional Matters, in addition to the budgeted amounts, the DIP Lenders will provide funding to pay for the reasonable and necessary fees and expenses incurred in connection therewith. The DIP Lenders and Prepetition Lenders reserve their respective rights to object to the reasonableness and necessity of fees and expenses incurred in connection with any "Additional Matters." PSZJ will provide notice to the DIP Lenders' counsel before it provides any services or incur expenses related to any Additional Matter. No DIP funds allocable to 2013 shall be used to pay any budget shortfall for any period in 2012. Nothing in this Budget shall be deemed an agreement with respect to how any Additional Matters would be funded after March 31, 2013. All rights are reserved by the Lenders and the Debtors in that respect.

2.) Budgeted amounts set forth for FTI do not include any fees or expenses related to any discovery, deposition or witness testifying in any legal action (contested matter or adversary proceeding) or discovery brought against the Company. Budgeted amounts set forth for FTI also do not include any fees or expenses associated with informal or formal information requests in connection with investigations. The DIP Lenders will provide funding to pay for the reasonable and necessary fees and expenses incurred in [illegible]

3.) The payment of fees as set forth for Lender's counsel are subject to Lender approval.