IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DDMG Estate, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 12-12568 (BLS)<br><br>(Jointly Administered)<br><br>**Related Docket No. 471 & 710** |

## THIRD AMENDMENT TO THE FINAL ORDER (I) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION FINANCING AND USE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION, (III) SCHEDULING FINAL HEARING, AND (IV) GRANTING CERTAIN RELATED RELIEF

Upon the motion dated September 11, 2012 (the "Motion"), seeking entry of interim and finals order (I) authorizing Debtors to obtain postpetition financing and use cash collateral; (II) granting adequate protection, (III) scheduling a final hearing, and (IV) granting certain related relief; and the final hearing on the Motion (the "Final Hearing") having been held on November 6, 2012; the Court having heard and resolved or overruled any and all other objections to the relief requested in the Motion; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, and creditors; and the Court having entered the Final DIP Order on November 7, 2012 [Docket No. 471] (the "Final DIP Order"); and the Court having entered the First Amendment to the Final DIP Order on December 20, 2012 [Docket No. 710] (the "First Amendment"); and the Court having entered the Second Amendment to the Final DIP Order on February 7, 2013 [Docket No. 834] (the "Second Amendment").

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal or foreign taxpayer identification number, if any, are as follows: D2 Software, Inc. (5602); DDH Land Holdings, LLC; DDH Land Holdings II, LLC; DD Estate (8392); DDI Estate (6275); DDInt Estate (9344); DDMG Estate (9505); DDPI Estate (5757); DDPVC Estate (6450); DDSG Estate (4526); DDT Estate (6809); DDMI Estate (2113); Tradition Studios, Inc. (4883); Tembo Productions, Inc. (7634). The Debtors' mailing address is 10250 SW Village Parkway, Port St. Lucie, Florida 34987.

DOCS_SF:82634.1 18455/002

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT the Final DIP Order First Amendment and Second Amendment shall be, and hereby are, amended and modified as follows:**

1. The D&O Investigation Fees (as defined in the Final DIP Order) shall be increased from $425,000 to $725,000 for the purpose of paying the allowed fees and disbursements of counsel to the Creditors' Committee (as defined in the Final DIP Order). The increase in D&O Investigation Fees shall be available for payment to counsel for the Creditors' Committee in connection with its preparation of a complaint against the Debtors' current and former directors and officers and conducting additional depositions in accordance with the Final DIP Order. The D&O Investigation Fee cap shall be additionally increased to the extent necessary to reimburse counsel to the Creditors' Committee for disbursements incurred in connection with depositions conducted by the Committee on or after February 1, 2013.

2. The Approved Budget (as defined in the Final DIP Order) shall, for the period from February 1, 2013 to March 29, 2013, be replaced with the Approved Budget attached hereto as <u>Exhibit A</u>.

3. The terms and conditions of the Final DIP Order, the First Amendment and the Second Amendment shall remain in full force and effect, except as specifically amended or modified by this order.

Dated: Wilmington, Delaware
February 27, 2013

HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

DOCS_SF:82634.1 18455/002