IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DDMG Estate, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 12-12568 (BLS)<br><br>(Jointly Administered)<br><br>Related to Docket Nos. 471, 710, 834, and 862 |

**FOURTH AMENDMENT TO THE FINAL ORDER (I) AUTHORIZING
DEBTORS TO OBTAIN POSTPETITION FINANCING AND USE CASH
COLLATERAL, (II) GRANTING ADEQUATE PROTECTION, (III) SCHEDULING
FINAL HEARING, AND (IV) GRANTING CERTAIN RELATED RELIEF**

Upon the motion dated September 11, 2012 (the "Motion"), seeking entry of interim and final orders (i) authorizing Debtors to obtain postpetition financing and use cash collateral; (ii) granting adequate protection; (ii) scheduling a final hearing; and (iv) granting certain related relief; and the final hearing on the Motion (the "Final Hearing") having been held on November 6, 2012; the Court having heard and resolved or overruled any and all other objections to the relief requested in the Motion; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their estates and creditors; and the Court having entered the Final DIP Order on November 7, 2012 [Docket No. 471] (the "Final DIP Order"); and the Court having entered the First Amendment to the Final DIP Order on December 20, 2012 [Docket No. 710] (the "First Amendment"); and the Court having entered the Second Amendment to the Final DIP Order on February 7, 2013 [Docket No. 834] (the "Second

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal or foreign taxpayer identification number, if any, are as follows: D2 Software, Inc. (5602); DDH Land Holdings, LLC; DDH Land Holdings II, LLC; DD Estate (8392); DDI Estate (6275); DDInt Estate (9344); DDMG Estate (9505); DDPI Estate (5757); DDPVC Estate (6450); DDSG Estate (4526); DDT Estate (6809); DDMI Estate (2113); Tradition Studios, Inc. (4883); Tembo Productions, Inc. (7634). The Debtors' mailing address is 10250 SW Village Parkway, Port St. Lucie, Florida 34987.

Amendment"); and the Court having entered the Third Amendment to the Final DIP Order on February 27, 2013 [Docket No. 862] (the "Third Amendment").

**IT IS HEREBY ORDERED THAT:**

1. The Final DIP Order, First Amendment, Second Amendment, and Third Amendment shall be, and hereby are, amended and modified as set forth below.

2. The Approved Budget (as defined in the Final DIP Order) shall, for the period from March 30, 2013 to June 28, 2013, be replaced with the Approved Budget attached hereto as Exhibit A.

3. The terms and conditions of the Final DIP Order, the First Amendment and the Second Amendment shall remain in full force and effect, except as specifically amended or modified by this order.

Dated: April 10, 2013
Wilmington, Delaware

HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE