IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DDMG Estate, *et al.*,<br><br>　　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No.: 12-12568 (BLS)<br><br>(Jointly Administered)<br><br>**Related to Docket No. 899** |

**AMENDED**[2] **NOTICE OF AGENDA FOR HEARING ON MATTERS SCHEDULED FOR APRIL 24, 2013 AT 1:00 P.M. BEFORE THE HONORABLE BRENDAN L. SHANNON AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET STREET, 6th FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801**

**This hearing has been cancelled by the Court.**

CONTINUED MATTER:

1. Debtors' Motion for the Entry of an Order (I) Fixing Bar Date for the Filing of Proofs of Claim, (II) Fixing Bar Date for the Filing of Proofs of Claim By Governmental Units, (III) Fixing Bar Date for the Filing of Requests for Allowance of Section 503(b)(9) Administrative Expense Claims, (IV) Fixing Bar Date for the Filing of Requests for Allowance of Administrative Claims, (V) Designating Form and Manner of Notice Thereof, and (VI) Granting Related Relief (Filed 10/22/12) [Docket No. 330].

   Objection Deadline:   October 30, 2012, at 4:00 p.m.; and subsequently extended to October 31, 2012, at 4:00 p.m.

   Response(s):   None.

   Related Document(s):   None.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal or foreign taxpayer identification number, if any, are as follows: D2 Software, Inc. (5602); DDH Land Holdings, LLC; DDH Land Holdings II, LLC; DD Estate (8392); DDI Estate (6275); DDInt Estate. (9344); DDMG Estate (9505); DDPI Estate (5757); DDPVC Estate (6450); DDSG Estate (4526); DDT Estate (6809); DDMI Estate (2113); Tradition Studios, Inc. (4883); Tembo Productions, Inc. (7634). The Debtors' mailing address is 10250 SW Village Parkway, Port St. Lucie, Florida 34987.

[2] **Amended information is reflected in bold.**

Status: The hearing on this matter is continued to the next omnibus hearing scheduled for May 29, 2013 at 10:30 a.m.

UNCONTESTED MATTER WITH
CERTIFICATION OF NO OBJECTION:

2. Second Motion for Entry of an Order Further Extending the Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Pursuant to Section 1121 of the Bankruptcy Code (Filed 4/3/13) [Docket No. 888].

   Objection Deadline: April 17, 2013 at 4:00 p.m.

   Response(s): None.

   Related Document(s):

   A. Certification of No Objection (Filed 4/19/13) [Docket No. 898].

   B. **Order Granting Debtors' Second Motion for Entry of an Order Extending the Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances (Entered 4/22/13) [Docket No. 901].**

   **Status: The order with respect to this matter has been entered.**

CONTESTED MATTER:

3. Motion of Randall Hauptmann and Beverly Hauptmann for Relief from Automatic Stay (Filed 3/21/13) [Docket No. 879].

   Objection Deadline: April 11, 2013 at 4:00 p.m. Extended to May 6, 2013 with respect to the Debtors.

   Response(s): None, as of the filing of this agenda.

   Related Document(s): None.

*[Remainder of page intentionally left blank]*

**Status:** **By agreement of the parties, this matter has been continued to the next omnibus hearing, scheduled for May 29, 2013, at 10:30 a.m.**

Dated: April 23, 2013                          PACHULSKI STANG ZIEHL & JONES LLP

/s/ *Timothy P. Cairns*
Debra I. Grassgreen (CA Bar No. 169978)
Robert J. Feinstein (NY Bar No. RF-2836)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: dgrassgreen@pszjlaw.com
           rfeinstein@pszjlaw.com
           tcairns@pszjlaw.com

Counsel to the Debtors and Debtors in Possession